UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD L. STRATTON,

Plaintiff,

v.

K. REYNOLDS,

Defendant.

Case No. C08-5418RBL

ORDER GRANTING
PLAINTIFF'S MOTION TO
DISMISS

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Plaintiff's motion to dismiss is GRANTED;

(3)    Plaintiff's claims and causes of action are dismissed without prejudice; and

(4)   The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold

DATED this 17th day of October, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1