AO 450 (Rev. 5/85) Judgment in a Civil Case ⊜

# United States District Court

WESTERN DISTRICT OF WASHINGTON

DONALD L. STRATTON

        v.

K. REYNOLDS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5418RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Plaintiff's motion to dismiss is GRANTED; and

Plaintiff's claims and causes of action are dismissed without prejudice.

  October 20, 2008                                                     BRUCE RIFKIN
Date                                                                                                                     Clerk

                                                                                                        *s/CM Gonzalez*
                                                                                  Deputy Clerk